UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TOKARSKI,<br><br>        Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | NO. C16-1436RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint (Dkt. # 22). The Court having considered the motion and the non-opposition filed by defendant,

Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED, and Plaintiff's proposed Amended Complaint attached as Exhibit "A" to the above Motion, is hereby entered and incorporated into the record of this matter.

DATED this 6th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT