The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TOKARSKI, | Case No.: 2:16-cv-01436-RSL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR NAVIENT SOLUTIONS |
| v. | |
| NAVIENT SOLUTIONS, INC., | |
| Defendant. | |

THIS MATTER came before the Court on the defendant's Motion for Withdrawal of Counsel. THE COURT, having considered the submissions of the parties, and being fully advised in the premises, ORDERS that defendant's motion is GRANTED.

IT IS SO ORDERED.

Dated this 28th day of September 2017.

/s/ Robert S. Lasnik

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL – Page 1

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, OR 97702
Telephone: 541.550.7900 Fax: 503.598-7373
53571-75495 2788252_1\RLS/9/12/2017

1  Presented by:

2  By: /s/ Peter S. Hicks
   Peter S. Hicks, WSBA # 23110
3  JORDAN RAMIS PC
   360 SW Bond St., Ste. 510
   Bend, OR 97702
4  Telephone: (541) 550-7900
   Fax: (503) 598-7373
5  E-mail: peter.hicks@jordanramis.com
         Attorneys for Defendant Navient
6        Solutions, LLC, fka Navient Solutions, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL- Page 2