The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TOKARSKI, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC., <br><br> Defendant. | Case No.: 2:16-cv-01436-RSL <br><br> ~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS, LLC F/K/A NAVIENT SOLUTIONS, INC. <br><br> NOTE ON MOTION CALENDAR: <br> Date: October 6, 2017 <br><br> **WITHOUT ORAL ARGUMENT** |

THIS MATTER has come before the Court upon the Motion to Withdraw as Counsel for Defendant Navient Solutions, LLC f/k/a Navient Solution, Inc. (NSL). The Court has reviewed the records and files herein, now, therefore,

GOOD CAUSE APPEARING, the Court rules as follows:

1. The Motion to Withdraw is GRANTED.

2. Taylor T. Haywood, Nina S. Whiston, and Akerman LLP shall be removed as counsel of record.

---

[PROPOSED] ORDER GRANTING - 1
MOTION TO WITHDRAW AS COUNSEL
NO. 2:16-cv-01436-RSL

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

42887022;1

3.  Shelly M. Damore and Peter S. Hicks of Jordan Ramis PC shall remain as counsel for NSL.

**IT IS SO ORDERED.**

Dated this 20th day of Oct., 2017.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

Presented By:

By: *s/ Taylor T. Haywood*
Taylor T. Haywood (Admitted PHV)

**Akerman LLP**
Taylor T. Haywood (Admitted PHV)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Fax: (303) 260-7714
Email: taylor.haywood@akerman.com

**Akerman LLP**
Nina S. Whiston WSBA #43556
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Fax: (305) 374-5095
Email: nina.whiston@akerman.com

**Jordan Ramis PC**
Peter Hicks WSBA #23110
Shelly Damore WSBA #33833
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Fax: (503) 598-7373
Email: peter.hicks@jordanramis.com
Email: shelly.damore@jordanramis.com

*Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.*

[PROPOSED] ORDER GRANTING - 2
MOTION TO WITHDRAW AS COUNSEL
NO. 2:16-cv-01436-RSL

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: 303-260-7712

42887022;1