The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KIMBERLY TOKARSKI,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:16-cv-01436-RSL<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Based upon the Stipulation between Plaintiff Kimberly Tokarski and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. The parties shall bear their own attorneys' fees and costs.

STIPULATION TO DISMISS WITH PREJUDICE
NO. 2:16-cv-01436-RSL

HINSHAW & CULBERTSON
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone: 212-471-6200

301051354v1

1  **IT IS SO ORDERED.**

2  Dated this 23rd day of January, 2018.

3  /s/ M S Lasnik
   Hon. Robert S. Lasnik
4  United States District Judge

5  Presented by:

6
   By:/s/*Richard J. Symmes*
7  Richard J. Symmes, WSBA #41475

8  **Symmes Law Group**
   Richard J. Symmes
9  1001 Fourth Avenue, Suite 3200
   Seattle, WA 98154
10 Telephone: (206) 682-7975
   Fax: (206) 424-4691
11 Email: richard@symmeslaw.com
   *Attorneys for Plaintiff*

12

13 By: *s/ Dennis N. Lueck, Jr.*
   Dennis N. Lueck, Jr. (Admitted PHV)
14
   **Hinshaw & Culbertson LLP**
15 Dennis N. Lueck, Jr. (Admitted PHV)
   800 Third Avenue, 13th Floor
16 New York, New York 10002
   Telephone: (212) 471-6200
17 Fax: (212) 935-1166
       -and-
18 633 W. 5th Street, 47th Floor
   Los Angeles, California 90071
19 Telephone: (213) 680-2800
   Fax: (213) 614-7399
20 Email: dlueck@hinshawlaw.com

21 **Jordan Ramis PC**
   Peter Hicks WSBA #23110
22 Shelly Damore WSBA #33833
   2 Centerpointe Drive, Suite 600
23 Lake Oswego, Oregon 97035
   Telephone: (503) 598-7070
24 Fax: (503) 598-7373

---

STIPULATION TO DISMISS WITH PREJUDICE
NO. 2:16-cv-01436-RSL

**HINSHAW & CULBERTSON**
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone: 212-471-6200

301051354v1

Email: peter.hicks@jordanramis.com
Email: shelly.damore@jordanramis.com

*Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.*

STIPULATION TO DISMISS WITH PREJUDICE
NO. 2:16-cv-01436-RSL

**HINSHAW & CULBERTSON**
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone: 212-471-6200

301051354v1